IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GREGG ALLEN JOHNSON,<br><br>Defendant. | CR 19-108-BLG-SPW-2<br><br>ORDER |

Upon the Defendant's Unopposed Motion for Leave to Appear In-Person for Sentencing Hearing (Doc. 88), and for good cause shown,

**IT IS HEREBY ORDERED** that the Sentencing Hearing currently set Via Video from Crossroads Correctional Facility for **Wednesday, March 31, 2021 at 1:30 p.m.** shall be held **IN-PERSON** in the Snowy Mountains Courtroom of the James F. Battin U.S. Courthouse, Billings, Montana.

**IT IS FURTHER ORDERED** that the U.S. Marshals Service shall transport Gregg Allen Johnson to Billings so that he may appear in person for his Sentencing Hearing.

1

The Clerk shall forthwith notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 22nd day of March, 2021.

Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE