
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GREGG ALLEN JOHNSON,<br><br>Defendant. | CR 19-108-BLG-SPW-2<br><br>ORDER |

Upon Defendant's Unopposed Motion for Leave to File Under Seal (Doc. 90), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Defendant's Sentencing Memorandum shall be filed under seal.

The clerk of court is directed to notify counsel of the entry of this Order.

DATED this 24th day of March, 2021.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1